IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

_Northern_ DIVISION

RECEIVED

2025 MAY 23 P 2: 25

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Rosie Lee Murphy )
)
_____ )
Plaintiff(s), )
)        CIVIL ACTION NO. 2:25-cv-395-ECM-KFP
)
)        JURY DEMAND (MARK ONE)
)
)        ☑ YES        ☐ NO
v. )
Alabama Mental Health Authority )
Montgomery Police Department )
Montgomery Sheriff Department )
Defendant(s).        Et. Al., )

COMPLAINT  42 U.S.C 1983

1. Plaintiff(s)' address and telephone number: Rosie Lee Murphy,
P.O. Box 210024 - Montgomery, Alabama 36121
334) 450-1140

2. Name and address of defendant(s): Katrina Hawkin Property Management
(Attached 1-3 pages)
Alabama Judicial Inquiry Commission 401 Adams Avenue Montgomery
Alabama #720 36104, Inspector General Office - Mr. King
300 Water Street Montgomery Alabama 36104

3. Place of alleged violation of civil rights: Montgomery, Alabama - See
attached Statement also A & 1-11

4. Date of alleged violation of civil rights: See Attached Statement for Date & time
From June 26, 2024 through May 23, 2025

5. State the facts on which you base your allegation that your constitutional rights have been
violated: On July 31, 2024 I file on civil case against
Government Officials, State Officials, Alabama State
University, Local Churches, Fraternity, Sorority, Free
Mason Organizations. Since I filed this case I have
been receiving enormous amount of retaliation
From the city of Montgomery, a surrounding Counties,
The Defendants in case # 2:24-00456 organizations,
which includes me being threaten, assaulted, bully,
Poison, has put chemicals in my hygienes causing my
hair to fall out, my food making me sick and my
water. Inside my vehicle. Has tampered with my truck
numerous of times causing me to spend unnecessary money,
I don't have. Those organization/Affiliators Ran into my
truck for the third time within the last "7" months
and again on May 17, 2025 this weekend.

6.   Relief requested: For the Defendants to be locked up until trial, me to be relocated until trial for safety reason, of my life in jeopardy. For me to get medical attention for my chronic back and neck pain in another State. Medical attention for my migraine headaches. For the Defendants to be held liable for All their Actions. I want full Justice. To compensate me for All my pain and suffering which include psychological trauma, in the amount of Ten million Dollars. To Grant my relief from these Dangerous organizations. For me to be put in protective custody until trial in another state.

Date: May 23, 2025.

_____
Plaintiff(s) Signature

P.O. BOX 210024
Montgomery, Alabama
36121

2