IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROSIE LEE MURPHY,            )
                             )
     Plaintiff,              )
                             )
     v.                      )     CIVIL ACTION NO.
                             )       2:25cv395-MHT
                             )           (WO)
ALABAMA MENTAL HEALTH        )
AUTHORITY, et al.,           )
                             )
     Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 13, Doc. 14, Doc. 16, Doc. 17, and Doc. 19) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 12) is adopted to the extent set forth in the opinion entered today.

(3) Plaintiff's motion for preliminary injunction (Doc. 10) is denied.

(4) Plaintiff's motion to supplement pleadings

(Doc. 20) and motion to amend (Doc. 21) are denied as futile.

(5) This lawsuit is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and § 1915A(b)(1).

(6) The motion to consolidate (Doc. 15) is denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of August, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**